UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SPEARS,

    Plaintiff,

v.

EL DORADO COUNTY JAIL, et al.,

    Defendants.

No. 2:16-cv-2177 EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 26, 2019, he filed a motion to compel defendant Bianchi's responses to his requests for admissions. ECF No. 36. On September 6, 2019, defendant Bianchi, through her counsel, responded. ECF No. 37. Counsel represents that Bianchi, owing to medical issues, has only recently been able to interact with him. *Id.* He states that responses to plaintiff's requests for admissions will be filed within five days. *Id.*

In light of Bianchi's assertions, it is ORDERED that plaintiff's motion to compel (ECF No. 36) is DENIED without prejudice. Plaintiff may renew his motion if Bianchi fails to submit the responses within the allotted time or if he finds those responses legally deficient.

DATED: September 12, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE