UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:16-cv-2177-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to submit the documents necessary for the United States Marshal to effect service of process on defendant Holston.

Plaintiff's request (ECF No. 53) is granted and plaintiff has 30 days from the date this order is served to submit the required documents.

So ordered.

Dated: December 18, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE