UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | No. 2:16-cv-2177-JAM-EFB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| EL DORADO COUNTY JAIL, et al., | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. He proceeds on his second amended complaint asserting claims against defendants Bianchi, Britton, the California Forensic Medical Group, and "Doctor Doe #1 (Dr. Holston)." ECF No. 29. On January 9, 2020, defendants Bianchi, Britton, and the California Forensic Medical Group filed an answer. ECF No. 55. As for defendant "Doctor Doe #1 (Dr. Holston)," plaintiff has been diligent but unsuccessful in his attempts to locate a "Dr. Holston" for service of process. *See* ECF Nos. 16, 25, 30, 48, 53, 58. Plaintiff now moves to substitute a "Dr. Meinholz" in place of "Doctor Doe #1 (Dr. Holston)," and has submitted the required documents to effect service of process by the United States Marshal. ECF Nos. 62 & 63. To properly substitute defendant Meinholz, however, plaintiff must file a third amended complaint that replaces references to "Doctor Doe #1 (Dr. Holston)" with "Dr. Meinholz." The court will only order service of defendant Meinholz once plaintiff has filed a third amended complaint that complies with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to substitute (ECF No. 63) is granted to the extent that he may file a third amended complaint within 30 days from the date of service of this order. Plaintiff may not add any new allegations or claims in any third amended complaint.

2. To facilitate plaintiff's filing of a third amended complaint that complies with this order, the Clerk of the Court is directed to send to plaintiff a copy of the second amended complaint (ECF No. 29).

DATED: May 5, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE