UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>             Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY JAIL, et al.,<br><br>             Defendants. | No.  2:16-cv-2177-JAM-EFB P<br><br><u>SECOND AMENDED DISCOVERY AND SCHEDULING ORDER</u> |

Plaintiff filed a third amended complaint on May 26, 2020, and newly identified defendant, Dr. Meinholz, has filed an answer (ECF Nos. 65, 74).  Accordingly, the court will further amend the May 1, 2019 discovery and scheduling order (ECF No. 23) and the January 28, 2020 amended discovery and scheduling order (ECF No. 60), as follows:

1. Plaintiff and defendant Meinholz may conduct discovery until January 1, 2021.  Any motions necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than October 30, 2020.

/////
/////
/////
/////

2. Dispositive motions shall be filed on or before April 2, 2021.[1]

DATED: July 31, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to plaintiff and defendants Meinholz and California Forensic Medical Group. The dispositive motions deadline previously set for plaintiff and the remaining defendants passed on December 20, 2019. *See* ECF No. 23 at 4.