UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EL DORADO COUNTY JAIL, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02177-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 80 |

　　　　Plaintiff has filed a motion to modify the January 28, 2020 amended discovery and scheduling order. ECF No. 80. Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion to modify the amended discovery and scheduling order, ECF No. 80, is granted;

　　　　2. The deadline for plaintiff and defendant Meinholz to complete discovery is extended to February 12, 2021. Any motions necessary to compel discovery shall be filed by that date.

　　　　3. The deadline to file dispositive motions addressing claims against defendants Meinholz and California Forensic Medical Group is extended to April 30, 2021.[1]

---

[1] The dispositive motions deadline previously set for claims against the remaining defendants passed on December 20, 2019. *See* ECF No. 23 at 4.

IT IS SO ORDERED.

Dated: __January 12, 2021__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2