UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | Case No. 2:16-cv-02177-JAM-JDP (PC) |
| Plaintiff, | ORDER SETTING TELEPHONIC STATUS CONFERENCE |
| v. | September 16, 2021 at 11:00 a.m. |
| EL DORADO COUNTY JAIL, *et al.*, | |
| Defendants. | |

Plaintiff is a state inmate proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  Motion practice has concluded, and claims remain against defendants Bianchi, Olson, Britton, Meinholz, and the California Forensic Medical Group.  The court will hold a status conference on September 16, 2021 at 11:00 a.m. before Magistrate Judge Jeremy Peterson.  The parties should be prepared to discuss whether they are interested in a settlement conference, whether the case would benefit from another opportunity to brief dispositive motions, any practical limitations on going to trial at this juncture, and any other measure that would secure speedy and efficient resolution of this case.

Accordingly, it is hereby ORDERED that"

1. The court will hold a telephonic status conference on September 16, 2021, at 11:00 a.m. (dial-in number: 1-888-557-8511; passcode: 1273468) to discuss the matters identified above.

2. Plaintiff must make arrangements with staff at his institution of confinement for his attendance at the conference.

3. Plaintiff's institution of confinement must make plaintiff available for the telephonic conference.

4. Before the conference, defense counsel must confirm with plaintiff's institution of confinement that arrangements have been made for plaintiff's attendance.

5. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:   August 19, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE