UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE BIANCHI, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-02177-JAM-JDP (PC)<br><br>ORDER SETTING AN INFORMAL STATUS CONFERENCE AND DENYING PLAINTIFF'S MOTION FOR A FURTHER SETTLEMENT CONFERENCE<br><br>ECF No. 94 |

On January 25, 2022, the parties participated in a court supervised settlement conference and reached an agreement to settle this case. ECF No. 91. The terms of the settlement agreement were placed on the record, and the parties were instructed to finalize the agreement within thirty days. *Id*. On March 31, 2022, plaintiff filed a motion asking the court to set a further settlement conference. ECF No. 94. He explains that further settlement discussions are needed because the long-form agreement prepared by defendants' counsel includes terms that differ from those agreed to at the January 25 settlement conference. *Id*.

Rather than set a further settlement conference, the court will hold a status conference to address plaintiff's concerns and the parties' inability to finalize their agreement.

1

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for a further settlement conference, ECF No. 94, is denied without prejudice.

2. The court will hold a status conference by Zoom on May 12, 2022, at 10:00 a.m.

3. Counsel for the defendants is directed to contact the court via ncannarozzi@caed.uscourts.gov, one week prior to the status conference to report on plaintiff's institution's ability, in light of any COVID 19 restrictions, to produce him for a remote appearance.

4. The Clerk of Court is directed to send a copy of this order to the litigation coordinator at plaintiff's institution of confinement.

IT IS SO ORDERED.

Dated:    April 11, 2022                             _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE