UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN SPEARS,

        Plaintiff,                         Case No.  2:16-cv-2177-JAM-JDP (PC)

vs.

MICHELLE BIANCHI, *et al.*,

        Defendants.                 **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Brian Spears, inmate AV-9773, a necessary and material witness in proceedings in this case on May 12, 2022, is confined in Mule Creek State Prison, in the custody of the Warden; in order to secure this inmate's attendance it, is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jeremy D. Peterson, to appear by Zoom video-conferencing at Mule Creek State Prison, May 12, 2022 at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by zoom video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The clerk of court shall serve a copy by fax to the Mule Creek Litigation Office at 209-274-5018.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden, Mule Creek State Prison, P.O. Box 409099, Ione, CA, 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by zoom video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   April 15, 2022

                                                            JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE